# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 28, 2024

Mr. Michael Edward Tindall
18530 Mack Avenue
Suite 430
Grosse Pointe Farms, MI 48236

Re: Case No. 24-1945, *Michael Tindall v. Samuel Sweet*
Originating Case No. 2:23-cv-10171: 4:12-bk-32264

Dear Mr. Tindall,

This appeal has been docketed as case number **24-1945** with the caption that is enclosed on a separate page. Please review the caption for accuracy and notify the Clerk's office if any corrections should be made. The appellate case number and caption must appear on all filings submitted to the Court.

You have until **November 12, 2024,** to either pay the $605.00 appellate filing fee or file a motion for leave to proceed on appeal in forma pauperis and an accompanying financial affidavit. Either one must be paid/filed with this court. **Failure to do one or the other may result in the dismissal of the appeal without further notice**.

As the appellant, when you submit motions, briefs or any other documents to the Clerk's office, send only **1** original, which you have signed. Copies are no longer necessary. **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**. You must mail opposing counsel a copy of every document you send to the Clerk's office for filing.

Opposing counsel will docket pleadings as an ECF filer. Check the ECF page on the court's web site www.ca6.uscourts.gov for additional information about ECF filing if you are not familiar with it. The following case opening items are due by **November 12, 2024**. The Disclosure of Corporate Affiliations is now an automated entry. Filers may still use the form 6CA-1 located on the Court's website if the automated entry does not provide sufficient space.

                Appellee:     Appearance of Counsel
                              Disclosure of Corporate Affiliation
                              Application for Admission to 6th Circuit Bar (if applicable)

Enclosed is a transcript order form should you require transcript of a hearing(s) to support your arguments on appeal. If you do order transcript, the form must be filed by **November 12, 2024**. A copy of the form must also be provided to the court reporter along with your payment for the transcript. Please see page 2 of the transcript order for additional information. If transcript is not ordered by this deadline, a briefing schedule will issue.

The Clerk's office cannot give you legal advice but if you have questions, please contact the office for assistance.

Sincerely,

s/Gretchen S. Abruzzo
Case Manager
Direct Dial No. 513-564-7018

cc: Mr. Samuel D. Sweet

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 24-1945

In re: CHRISTOPHER D. WYMAN, Debtor

-------------------------------

MICHAEL EDWARD TINDALL

    Appellant

v.

SAMUEL D. SWEET, Trustee

    Appellee