United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse Building
100 East Fifth Street
Cincinnati, Ohio 45202

**Kelly L. Stephens, Clerk**            (513) 564-7000

November 12, 2024

Mr. Michael Tindall
P.O. Box 46564
Mount Clemons, MI. 48046

Re:     Returning Check For Filing

Dear Mr. Tindall,

Enclosed is the check for $605.00 (1158). The fee should be paid to the District Court in the amount of $605.00

Sincerely,

Kelly L. Stephens, Clerk

Michelle R. Hall, Deputy Clerk

Enclosures