# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: February 25, 2025

Mr. Samuel D. Sweet
Law Office
52 E. Burdick Street
Number 10
Oxford, MI 48371

Re: Case No. 24-1945, *Michael Tindall v. Samuel Sweet*
Originating Case No. 2:23-cv-10171: 4:12-bk-32264

Dear Mr. Sweet,

This Court received your Amended Appellee Brief on February 24, 2025. The appellee brief was received and docketed earlier the same day. This amended appellee brief has been tendered. A motion for leave to file an amended brief is required. Please make note of the Sixth Circuit Court of Appeals Case number that should be on every document.

Sincerely,

s/Gretchen S. Abruzzo
Case Manager
Direct Dial No. 513-564-7018

cc: Mr. Michael Edward Tindall