RECEIVED
03/03/2025
KELLY L. STEPHENS, Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT COURT

## CASE NO. 24-1945

IN RE:

CHRISTOPHER D. WYMAN,

DISTRICT COURT. NO. 23-10171
HON. DENISE PAGE HOOD

BANKRUPTCY CASE NO. 12-32264
CHAPTER 7
HON. DANIEL S. OPPERMAN

DEBTOR.
_____/

MICHAEL E. TINDALL,

    Appellant,

v.

SAMUEL D. SWEET, TRUSTEE,

    Appellee.
_____/

## CERTIFICATION OF APPELLEE'S BRIEF ON APPEAL:

    I hereby certify that Appellee's Brief on Appeal submitted on February 24, 2025 complies with the type-volume-limitation provided in FRAP32(a)(7) and contains 6,327 words of Times New Roman (14 pt.) proportionally typed, prepared with Microsoft Word 2019 MSO.

Samuel D. Sweet (P48668)
Chapter 7 Trustee
52 E. Burdick Street #10
Oxford, Michigan 48371
(248) 236-0985
ssweet@trusteesweet.us

Dated: 3/3/2025

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT COURT

## CASE NO. 24-1945

IN RE:

CHRISTOPHER D. WYMAN,

DISTRICT COURT. NO. 23-10171
HON. DENISE PAGE HOOD

BANKRUPTCY CASE NO. 12-32264
DEBTOR.
CHAPTER 7
HON. DANIEL S. OPPERMAN

_____/

MICHAEL E. TINDALL,

        Appellant,

v.

SAMUEL D. SWEET, TRUSTEE,

        Appellee.

_____/

## CERTIFICATE OF SERVICE

*The undersigned hereby certifies that a copy of the following:*

    Appellee's Brief on Appeal, Certification of Appellee's Brief on Appeal and this Certificate of Service

*was electronically served on the 3rd day of March, 2025, upon:*

    Dennis L. Perkins
    Attorney for Debtor
    bankruptcyperk@sbcglobal.net
    (Via ECF Only)

*was served via First Class Mail, pre-paid postage, on this 3rd day of March, 2025, addressed as follows:*

    Christopher D. Wyman         Michael E. Tindall
    6241 Grand River Road        18530 Mack Ave., Ste. 430
    Brighton, MI 48114            Detroit, Michigan 48236

/s/ Samuel D. Sweet
SAMUEL D. SWEET
Chapter 7 Trustee
52 E. Burdick Street #10
Oxford, Michigan 48371
(248) 236-0985