RECEIVED
03/13/2025
KELLY L. STEPHENS, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

CASE NO. 24-1945

E. D. MI. DISTRICT NO. 23-10171
HON. DENISE PAIGE HOOD

IN RE:
    CHRISTOPHER D. WYMAN
    *Debtor(s),*

BANK CASE NO. 12-32264
CHAPTER 7
HON: D. S. OPPERMAN

_____\\

MICHAEL E. TINDALL,
        Appellant,
v.

SAMUEL D. SWEET,
        Appellee.

_____\\

## APPELLANT'S 6TH CIR. RULE 45 PROCEDURAL MOTION TO STRIKE DEs 7, 8 AND 10

## OR, IN THE ALTERNATIVE

## TO EXTEND TIME FOR FILING APPELLANT'S REPLY BRIEF

1

Now comes Appellant, pursuant to 6th Cir. Rule 45, and moves to strike DEs 7, 8 and 10 filed in this appeal for failure to comply with applicable Federal Rules of Appellate Procedure, and, failure to comply with this Court's direction to Appellee to correct the filing deficiencies.

1. This appeal was filed October 28, 2024. DE 1; Exhibit 1.
2. Appellant timely filed Appellant's Brief on January 23, 2025. DE 5, 6; Exhibit 1.
3. This motion is a "procedural motion" under 6th Cir. Rule 45(a) (1) and (2).
4. On February 24, 2025, Appellee filed DE 7, entitled "Appellee's Brief".
    A. DE 10 did not comply with FRAP 28(b), 32(g) or 6th Cir. Rule 32(a).
5. On February 24, 2025, Appellee tendered an "Amended Appellee's Brief", DE 8, without a motion seeking leave to do so, or, a motion to extend time to do so.
    A. The Amended Brief violated FRAP 27(a) (1) and 6th Cir Rule 26(a) (1) and (3).
6. On February 25, 2025, Appellee was directed by this Court to file the appropriate motion(s). DE 8; Exhibit 1 and 2.
7. To date, no such motion has been filed, as directed by this Court.
    A. On March 3, 2025, Appellee filed DE 10. Exhibit 1.

B. DE 10 is not the required motion(s) directed by this Court, does not seek leave to file an amended brief, and, does not seek an extension of time to do so.

C. DE 10 does not comply with FRAP 28(b), 32(g) or 6th Cir Rule 32(a).

8. The Federal Rules of Appellate Procedure govern the processing of all appeals. They have the force and effect of statutes. *Winterthur Swiss Ins. Co.*, 620 F.2d 404, 406 (3rd Cir 1980).

9. This Court has uniformly held that failure to correct deficient filings as directed by this Court is grounds for dismissal/striking the deficient filings. *Alvajjar v. Ford Motor Co.*, 523 F.2d 6 (6th Cir 1975); *US v. Green*, 547 F.2d 333 (6th Cir 1976); *US v. Kush*, 579 F.2d 394 (6th Cir 1978).

10. Appellant's Reply Brief is due March 20, 2025. DE 5; Exhibit 1. However, on the existing record, no valid Appellee Brief exists. DEs 7, 8 and 10 should be stricken and the appeal should proceed to decision on Appellant's Brief alone. Alternatively, the time for filing Appellant's Reply brief should be extended to a date 24 days after Appellee corrects all deficient filings.

Wherefore, Appellant respectfully requests this Court:

A. Strike DEs 7, 8 and 10 and proceed to decision of this appeal on Appellant's Brief only; or,

B. Extend the time for filing Appellant's Reply Brief to a date 24 days after Appellee corrects all deficient filings.

Dated: 3 / 13 /25

Respectfully Submitted,

/s/
MICHAEL E. TINDALL
18530 MACK AVE., STE 430
DETROIT, MI 48236
(248)250-8819
Direct Email: met@comcast.net

## CERTIFICATION:

I hereby certify that the foregoing brief complies with the type-volume limitation provided in FRAP 27(d)(2) and contains 510 words of Time New Roman (14 point) proportional type prepared with Microsoft Word for Windows 10 Professional Edition.

If you view the [Full Docket] you will be charged for 1 Pages $0.10

## General Docket
### United States Court of Appeals for the Sixth Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 24-1945<br>Michael Tindall v. Samuel Sweet<br>**Appeal From:** Eastern District of Michigan at Detroit, U.S. Bankruptcy Court - Detroit<br>**Fee Status:** fee paid | **Docketed:** 10/28/2024 |

**Case Type Information:**
 1) Bankruptcy
 2) From District Court
 3) null

**Originating Court Information:**
 **District:** 0645-2 : 2:23-cv-10171
 **Court Reporter:** Timothy M. Floury
 **Trial Judge:** Denise Page Hood, Senior District Judge
 **Date Filed:** 01/23/2023
 **Date Order/Judgment:**
 09/30/2024

 **Date NOA Filed:**
 10/25/2024

 **District:** 0645-2 : 4:12-bk-32264
 **Trial Judge:** Daniel S. Opperman, Chief Bankruptcy Judge
 **Date Filed:** 05/24/2012
 **Date Order/Judgment:**
 09/30/2024

 **Date NOA Filed:**
 10/25/2024

*Exhibit 1*

| Date | # | Description |
|---|---|---|
| 10/28/2024 | 1 | Bankruptcy Case Docketed. Notice filed by Appellant Michael Edward Tindall. Transcript needed: y. (GSA) [Entered: 10/28/2024 12:37 PM] |
| 10/28/2024 | 2 | The case manager for this case is: Gretchen Abruzzo (GSA) [Entered: 10/28/2024 12:43 PM] |
| 11/12/2024 | 3 | NOTIFICATION filed regarding check returned to appellant. Fee needs to be paid in district court. Certificate of Service: 11/12/2024. (GSA) [Entered: 11/12/2024 03:02 PM] |
| 12/12/2024 | 4 | Update fee status change to paid. Appeal Fee received for 41 Notice of Appeal filed by Michael E Tindall, 42 Certificate of Service of Notice of Appeal - 6th Circuit in the amount of $ 605.00 - Receipt No. 150012968. (APok) (Entered: 11/18/2024) (GSA) [Entered: 12/12/2024 02:42 PM] |
| 12/12/2024 | 5 | BRIEFING LETTER SENT setting pro se briefing schedule: appellant brief due 01/24/2025; appellee brief due 02/24/2025. (GSA) [Entered: 12/12/2024 02:45 PM] |
| 01/23/2025 | 6 | APPELLANT BRIEF filed by Mr. Michael Edward Tindall. Certificate of Service: 01/23/2025. (GSA) [Entered: 01/24/2025 12:54 PM] |
| 02/24/2025 | 7 | APPELLEE BRIEF filed by Samuel D. Sweet. Certificate of Service: 02/24/2025. (GSA) [Entered: 02/24/2025 03:10 PM] |
| 02/24/2025 | 8 | TENDERED amended appellee brief received from Party Samuel D. Sweet. (GSA) [Entered: 02/25/2025 08:27 AM] |
| 02/25/2025 | 9 | LETTER SENT to Samuel D. Sweet, regarding tendered amended appellee brief. A motion for leave to file an amended brief is required. (GSA) [Entered: 02/25/2025 08:28 AM] |
| 03/03/2025 | 10 | NOTIFICATION filed by Samuel D. Sweet regarding certification of appellee's brief. Certificate of Service: 03/03/2025. (GSA) [Entered: 03/03/2025 12:13 PM] |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/12/2025 13:24:54 | | | |
| PACER Login: | trumpsterdumper | Client Code: | |
| Description: | Case Summary | Search Criteria: | 24-1945 |
| Billable Pages: | 1 | Cost: | 0.10 |

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: February 25, 2025

Mr. Samuel D. Sweet
Law Office
52 E. Burdick Street
Number 10
Oxford, MI 48371

Re: Case No. 24-1945, *Michael Tindall v. Samuel Sweet*
Originating Case No. 2:23-cv-10171: 4:12-bk-32264

Dear Mr. Sweet,

This Court received your Amended Appellee Brief on February 24, 2025. The appellee brief was received and docketed earlier the same day. This amended appellee brief has been tendered. A motion for leave to file an amended brief is required. Please make note of the Sixth Circuit Court of Appeals Case number that should be on every document.

Sincerely,

s/Gretchen S. Abruzzo
Case Manager
Direct Dial No. 513-564-7018

cc: Mr. Michael Edward Tindall

Exhibit 9.

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## CASE NO. 24-19545

E. D. MI. DISTRICT NO. 23-10171
HON. DENISE PAIGE HOOD

IN RE:

CHRISTOPHER D. WYMAN
*Debtor(s),*

BANK CASE NO. 12-32264
CHAPTER 7
HON: D. S. OPPERMAN

_____\\

MICHAEL E. TINDALL,
    Appellant,

v.

SAMUEL D. SWEET,
    Appellee.

_____\\

## PROOF OF SERVICE

The undersigned certifies that a copy of **APPELLANT'S 6TH CIR. RULE 45 PROCEDURAL MOTION TO STRIKE DEs 7, 8 AND 10 OR, IN THE ALTERNATIVE TO EXTEND TIME FOR FILING APPELLANT'S REPLY BRIEF** filed with the Court by email 3/13/25 was served on SAMUEL SWEET, TRUSTEE, APPELLEE, by US Mail on March 13, 2025, postage prepaid, to:

> 52 E. Burdick Street #10
> Oxford, Michigan 48371
> (248) 236-0985

Respectfully Submitted,

/S/
MICHAEL E. TINDALL
18530 MACK AVE., STE 430
DETROIT, MI 48236
(248)250-8819
**Direct Email: met@comcast.net**

Dated: 3/13/2025

1