RECEIVED
03/24/2025
KELLY L. STEPHENS, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT COURT

**CASE NO. 24-1945**

IN RE:

CHRISTOPHER D. WYMAN,

                            DEBTOR.
_____/

MICHAEL E. TINDALL,

                            Appellant,

v.

SAMUEL D. SWEET, TRUSTEE,

                            Appellee.
_____/

DISTRICT COURT. NO. 23-10171
HON. DENISE PAGE HOOD

BANKRUPTCY CASE NO. 12-32264
CHAPTER 7
HON. DANIEL S. OPPERMAN

**APPELLEE'S 6TH CIR. RULE 45 PROCEDURAL RESPONSE TO APPELLANT'S 6TH CIR. RULE 45 PROCEDURAL MOTION TO STRIKE DEs 7, 8, AND 10 OR IN THE ALTERNATIVE TO EXTEND TIME FOR FILING APPELLANT'S REPLY BRIEF**

NOW COMES Appellee, Samuel D. Sweet, Trustee, and with respect to the Motion filed by Appellant being Appellant's 6th Cir. Rule 45 Procedural Motion to Strike DEs 7, 8, and 10 the Appellee states as follows:

The Amended Brief filed by Appellee should be stricken. It was filed within 5 minutes of the original Brief being filed by Appellee as it was discovered that the disclosure as to length and the Affidavit of Compliance was not attached to the original Brief.

The Affidavit was filed as a separate exhibit almost immediately. Appellee spoke directly with the clerk's office of the 6th Circuit and was specifically advised to simply file the Affidavit as a separate pleading and that the Amended Brief would be stricken and a Motion would not be required as the only change between the Briefs was simply the addition of the Affidavit. Unfortunately, the last ten (10) years of litigation with Appellant has brought many of these types of Motions throughout the course of this litigation.

The change in Appellee's Brief is minimal and of no significance herein.

Appellee requests this Court to allow the Brief as filed given the additional Affidavit was immediately filed upon the original filing of the Brief.

WHEREFORE, Appellee respectfully request that this Honorable Court strike Appellee's Amended Brief and allow Appellee's original Brief.

Respectfully submitted,

Dated: 3/24/2025

*/s/ Samuel D. Sweet*
Samuel D. Sweet (P48668)
Chapter 7 Trustee
52 E. Burdick Street #10
Oxford, Michigan 48371
(248) 236-0985
ssweet@trusteesweet.us

## **CERTIFICATION:**

      I hereby certify that Appellee's 6th Cir. Rule 45 Procedural Response to Appellant's 6th Cir. Rule 45 Procedural Motion to Strike DEs 7, 8, and 10 or in the Alternative to Extend Time for Filing Appellant's Reply Brief submitted on March 24, 2025 complies with the type-volume-limitation provided in FRAP32(a)(7) and contains 399 words of Times New Roman (14 pt.) proportionally typed, prepared with Microsoft Word 2019 MSO.

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT COURT

## CASE NO. 24-1945

| | |
|---|---|
| IN RE: | DISTRICT COURT. NO. 23-10171 |
| CHRISTOPHER D. WYMAN, | HON. DENISE PAGE HOOD |
| | BANKRUPTCY CASE NO. 12-32264 |
| DEBTOR. | CHAPTER 7 |
| _____/ | HON. DANIEL S. OPPERMAN |

MICHAEL E. TINDALL,

        Appellant,

v.

SAMUEL D. SWEET, TRUSTEE,

        Appellee.
_____/

## **CERTIFICATE OF SERVICE**

*The undersigned hereby certifies that a copy of the following:*

    Appellee's 6th Cir. Rule 45 Procedural Response to Appellant's 6th Cir. Rule 45 Procedural Motion to Strike DEs 7, 8, and 10 or in the Alternative to Extend Time for Filing Appellant's Reply Brief along with a copy of this Certificate of Service

*was electronically served on the 24th day of March, 2025, upon:*

    Dennis L. Perkins
    Attorney for Debtor
    bankruptcyperk@sbcglobal.net
    (Via ECF Only)

*was served via First Class Mail, pre-paid postage, on this 24th day of March, 2025, addressed as follows:*

| | |
|---|---|
| Christopher D. Wyman<br>6241 Grand River Road<br>Brighton, MI 48114 | Michael E. Tindall<br>18530 Mack Ave., Ste. 430<br>Detroit, Michigan 48236 |

/s/ Samuel D. Sweet  
SAMUEL D. SWEET  
Chapter 7 Trustee  
52 E. Burdick Street #10  
Oxford, Michigan 48371  
(248) 236-0985