RECEIVED
03/25/2025
KELLY L. STEPHENS, Clerk

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### CASE NO. 24-19545

E. D. MI. DISTRICT NO. 23-10171
HON. DENISE PAIGE HOOD

IN RE:

      CHRISTOPHER D. WYMAN
      *Debtor(s),*

BANK CASE NO. 12-32264
CHAPTER 7
HON: D. S. OPPERMAN

_____\

MICHAEL E. TINDALL,
          Appellant,

v.

SAMUEL D. SWEET,
          Appellee.

_____\

### PROOF OF SERVICE

The undersigned certifies that a copy of
**APPELLANT'S REPLY SUPPORTING**
**6TH CIR. RULE 45 PROCEDURAL MOTION**
**TO STRIKE DEs 7, 8 AND 10 OR, IN THE ALTERNATIVE**
**TO EXTEND TIME FOR FILING APPELLANT'S REPLY BRIEF**
filed with the Court by email 3/25/25 was served on SAMUEL SWEET,
TRUSTEE, APPELLEE, by US Mail on March 25 2025, postage prepaid,
to:

      52 E. Burdick Street #10
      Oxford, Michigan 48371
      (248) 236-0985

      Respectfully Submitted,

      /S/

      MICHAEL E. TINDALL
      18530 MACK AVE., STE 430
      DETROIT, MI 48236
      (248)250-8819
      **Direct Email:** met@comcast.net

Dated: 3/25/2025

1

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## CASE NO. 24-1945

E. D. MI. DISTRICT NO. 23-10171
HON. DENISE PAIGE HOOD

IN RE:
      CHRISTOPHER D. WYMAN
          *Debtor(s)*,

BANK CASE NO. 12-32264
CHAPTER 7
HON: D. S. OPPERMAN

—————————————————————————\

MICHAEL E. TINDALL,
          Appellant,

v.

SAMUEL D. SWEET,
          Appellee.

—————————————————————————\

## APPELLANT'S REPLY SUPPORTING 6TH CIR. RULE 45 PROCEDURAL MOTION TO STRIKE DEs 7, 8 AND 10

## OR, IN THE ALTERNATIVE

## TO EXTEND TIME FOR FILING APPELLANT'S REPLY BRIEF

On March 24, 2025, Appellee Sweet ("Sweet") filed his RESPONSE to Appellant's Rule 45 Motion. The RESPONSE was unsworn. No Affidavit, of Sweet or an employee of the Clerk's Office of this Court was filed to support the facts recited in the RESPONSE.

According to the RESPONSE, the Amended Brief was filed **"within 5 minutes of the original brief being filed."** According to this Court's docket, the original brief was filed February 24, 2025 at 3:10PM, while the amended brief was filed February 25 at 8:27AM.

According to the RESPONSE, the "Affidavit" (sic) Certificate of Compliance was filed **"almost immediately"**. However, the Certificate was dated and filed March 3, 2025, DE 10, AFTER written notification from the Clerk's office that a motion WAS required. DE 9.

According to the RESPONSE, Sweet was **"specifically advised"** by the Clerk's Office that a motion **"would not be required"**, <u>AFTER</u> DE 9 specifically required one. The name of the person who allegedly told this to Sweet is not supplied. However, this directly contradicts FRAP 26(a), 6th Cir Rule 26(a) (1) and (3) and FRAP 27(a) (1), in addition to DE 9. Moreover, Sweet was on actual notice that the Clerk's Office **DOES NOT GIVE LEGAL ADVICE**. DE 1, P2; Exhibit 1.

Sweet's RESPONSE is, at best, misleading and unsupported; at worst intentionally false. Appellant's motion should be granted and DEs 7, 8 and 10 should be struck and this appeal should proceed on Appellant's Brief only.

Dated: 3/25/25

Respectfully Submitted,

/S/
MICHAEL E. TINDALL
18530 MACK AVE., STE 430
DETROIT, MI 48236
(248)250-8819
Direct Email: met@comcast.net

**CERTIFICATION:**
I hereby certify that the foregoing brief complies with the type-volume limitation provided in FRAP 27(d)(2) and contains 242 words of Time New Roman (14 point) proportional type prepared with Microsoft Word for Windows 10 Professional Edition.

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed:  October 28, 2024

Mr. Michael Edward Tindall
18530 Mack Avenue
Suite 430
Grosse Pointe Farms, MI 48236

      Re: Case No. 24-1945, *Michael Tindall v. Samuel Sweet*
         Originating Case No. 2:23-cv-10171: 4:12-bk-32264

Dear Mr. Tindall,

 This appeal has been docketed as case number **24-1945** with the caption that is enclosed on a separate page.  Please review the caption for accuracy and notify the Clerk's office if any corrections should be made.  The appellate case number and caption must appear on all filings submitted to the Court.

 You have until **November 12, 2024,** to either pay the $605.00 appellate filing fee or file a motion for leave to proceed on appeal in forma pauperis and an accompanying financial affidavit.   Either one must be paid/filed with this court.  **Failure to do one or the other may result in the dismissal of the appeal without further notice**.

 As the appellant, when you submit motions, briefs or any other documents to the Clerk's office, send only **1** original, which you have signed.  Copies are no longer necessary.  **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**.  You must mail opposing counsel a copy of every document you send to the Clerk's office for filing.

 Opposing counsel will docket pleadings as an ECF filer.  Check the ECF page on the court's web site www.ca6.uscourts.gov for additional information about ECF filing if you are not familiar with it.  The following case opening items are due by **November 12, 2024**.  The Disclosure of Corporate Affiliations is now an automated entry.  Filers may still use the form 6CA-1 located on the Court's website if the automated entry does not provide sufficient space.

      Appellee:  Appearance of Counsel
             Disclosure of Corporate Affiliation
             Application for Admission to 6th Circuit Bar (if applicable)

Enclosed is a transcript order form should you require transcript of a hearing(s) to support your arguments on appeal. If you do order transcript, the form must be filed by **November 12, 2024**. A copy of the form must also be provided to the court reporter along with your payment for the transcript. Please see page 2 of the transcript order for additional information. If transcript is not ordered by this deadline, a briefing schedule will issue.

The Clerk's office cannot give you legal advice but if you have questions, please contact the office for assistance.

Sincerely,

s/Gretchen S. Abruzzo
Case Manager
Direct Dial No. 513-564-7018

cc: Mr. Samuel D. Sweet

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 24-1945

In re: CHRISTOPHER D. WYMAN, Debtor

------------------------------

MICHAEL EDWARD TINDALL

       Appellant

v.

SAMUEL D. SWEET, Trustee

       Appellee