## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 04, 2025

Samuel D. Sweet
Law Office
52 E. Burdick Street
Number 10
Oxford, MI 48371

Mr. Michael Edward Tindall Sr.
Law Offices
18530 Mack Avenue
Suite 430
Grosse Pointe Farms, MI 48236

      Re:    Case No. 24-1945, *Michael Tindall v. Samuel Sweet*
             Originating Case Nos. 2:23-cv-101714:12-bk-32264

Dear Counsel,

    The Court issued the enclosed opinion today in this case.

    Enclosed are the court's unpublished opinion and judgment, entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

                                        Sincerely yours,

                                        s/Cathryn Lovely
                                        Opinions Deputy

cc: Ms. Kinikia D. Essix

Enclosures

Mandate to issue