# UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Kelly L. Stephens
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: December 17, 2025

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

> Re:    Case No. 24-1945, *Michael Tindall v. Samuel Sweet*
> Originating Case No. 2:23-cv-101714:12-bk-32264

Dear Ms. Essix,

    Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Kelly Stephens
Appeal Case Manager: Gretchen

cc: Samuel D. Sweet
    Mr. Michael Edward Tindall Sr.

Enclosure

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 24-1945

_____

Filed: December 17, 2025

In re: CHRISTOPHER D. WYMAN, Debtor

------------------------------

MICHAEL EDWARD TINDALL, SR.

      Appellant

v.

SAMUEL D. SWEET, Trustee

      Appellee

<u>MANDATE</u>

Pursuant to the court's disposition that was filed 11/04/2025 the mandate for this case hereby issues today.

COSTS:  None